COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF THE COMMONWEALTH

Worcester, SS.

District Court Department
Worcester Division
Docket #:1962CR7019

COMMONWEALTH

v.

CHRISTOPHER AYALA-MELENDEZ

---

**COMMONWEALTH'S MOTION TO DISMISS**

---

Now Comes the Commonwealth, and respectfully asks this Court to dismiss the above docketed matter without prejudice. The Commonwealth makes this request after a review of the currently available evidence in this case, including police reports and video surveillance tapes.

Respectfully Submitted,

S/ Conor J. Geraghty
Conor J. Geraghty

Date: June 16, 2020

Assistant District Attorney
Worcester County District Attorney
225 Main St. G-301
Worcester, MA 01608

*[signature]*
Counsel For Defendant

*Chris Ayala*
Defendant

Case 1:20-cv-11453-JGD   Document 1-5   Filed 08/01/20   Page 1 of 1